# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:15-CR-161-ALM-KPJ-6 |
| | § | |
| BRANDON DANIEL | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 8, 2023, the Magistrate Judge entered proposed findings of fact and recommendations that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months, to run consecutively to the term of imprisonment imposed in 4:16-cr-157, with twenty-four (24) months of supervised release to follow, to run concurrently with the term of supervised release imposed in 4:16-cr-157, that Defendant be placed under the same conditions as those under which he was placed when originally released, and that Defendant be placed at the Federal Correctional Institute, Texarkana, if appropriate. *See* Dkt. #674.

Having received the Report of the United States Magistrate Judge (Dkt. #674) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #673), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months, with twenty-four (24) months of supervised release to follow.  The term of imprisonment shall run consecutively to the term of

imprisonment imposed in 4:16-cr-157, and the term of supervised release shall run concurrently with the term of supervised release in 4:16-cr-157. Defendant shall be placed under the same conditions as those under which he was placed when originally released. Defendant shall be placed at the Federal Correctional Institute, Texarkana, if appropriate.

**SIGNED this 11th day of September, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE